UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

B.R. b/n/f SHANNON JENSEN,
SHANNON JENSEN, individually and
on behalf of themselves and those
similarly situated,

      Plaintiff,             Case No.:      2:21-CV-01151

      v.

WAUKESHA BOARD OF EDUCATION;
SCHOOL DISTRICT OF WAUKESHA;
JOSEPH COMO, JR; JAMES SEBERT;
BILL BAUMGART; GREG DEETS;
PATRICK MCCAFFERY, COREY MONTIHO;
KELLY PIACSEK; KARIN RAJNICEK;
AMANDA RODDY; ANTHONY ZENOBIA; and
Does 1 – 10 on behalf of themselves and those
similarly situated,

      Defendants.

---

## NOTICE OF APPEARANCE

---

     Please take notice that Attorney Jennifer Williams, of the law firm Buelow Vetter Buikema Olson & Vliet, LLC, hereby enters her appearance as counsel for and on behalf of Defendants Waukesha Board of Education; School District of Waukesha; Joseph Como, Jr; James Sebert; Bill Baumgart; Greg Deets; Patrick McCaffery; Corey Montiho; Kelly Piacsek; Karin Rajnicek; Amanda Roddy; Anthony Zenobia; and Does 1 – 10 on behalf of themselves and those similarly situated, in the above-captioned matter, and respectfully requests that copies of all pleadings and other documents in this action be served upon her via the Court's Electronic Case Filing System and/or at the address below.

Dated this 14th day of October, 2021.

        Respectfully Submitted,

        BUELOW VETTER BUIKEMA OLSON
        & VLIET, LLC

        */s/ Jennifer Williams*
        Jennifer Williams (WI Bar No. 1058087)
        jwilliams@buelowvetter.com

        Buelow Vetter Buikema Olson & Vliet, LLC
        20855 Watertown Road, Suite 200
        Waukesha, Wisconsin 53186
        Telephone: (262) 364-0250
        Facsimile: (262) 364-0270

        *Attorneys for Defendant Waukesha Board of Education, School District of Waukesha; Joseph Como, Jr.; James Sebert; Bill Baumgart; Greg Deets; Patrick McCaffery; Corey Montiho; Kelly Piacsek; Karein Rajnicek; Amanda Roddy; Anthony Zenobia; and Does 1 – 10, on behalf of themselves and those similarly situated.*