UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

B.R. b/n/f SHANNON JENSEN,
SHANNON JENSEN, individually and
on behalf of themselves and those
similarly situated,

        Plaintiffs,

v.

WAUKESHA BOARD OF EDUCATION;
SCHOOL DISTRICT OF WAUKESHA;
JOSEPH COMO, JR; JAMES SEBERT;
BILL BAUMGART; GREG DEETS;
PATRICK MCCAFFERY, COREY MONTIHO;
KELLY PIACSEK; KARIN RAJNICEK;
AMANDA RODDY; ANTHONY ZENOBIA; and
Does 1 – 10 on behalf of themselves and those
similarly situated,

        Defendants.

Case No.:  2:21-CV-01151

---

**AFFIDAVIT OF JENNIFER WILLIAMS IN OPPOSITION TO PLAINTIFFS' MOTION FOR PROVISIONAL CLASS CERTIFICATION AND TEMPORARY RESTRAINING ORDER**

---

STATE OF WISCONSIN   )
                             ) SS
WAUKESHA COUNTY    )

    Jennifer Williams, being first duly sworn on oath, deposes and states as follows:

    1.    I am an attorney licensed to practice law in the State of Wisconsin and I am one of the attorneys for Defendants, Waukesha Board of Education; School District of Waukesha; Joseph Como, Jr.; James Sebert; Bill Baumgart; Greg Deets; Patrick McCaffery; Corey Montiho; Kelly Piacsek; Karein Rajnicek; Amanda Roddy; Anthony Zenobia; and Does 1 – 10 (hereinafter "Defendants").

2. I am making this Affidavit as a supplement to, and in support of Defendants' Response in Opposition to Plaintiffs' Motion for Provisional Class Certification and Temporary Restraining Order.

3. On October 14, 2021, Attorney Joel S. Aziere and I each filed a Notice of Appearance in the above captioned matter in the Eastern District of Wisconsin via Pacer Electronic Court Filing (ECF) System.

4. On October 15, 2021, Attorney Aziere and I received the attached email from counsel for Plaintiffs in this matter.

5. In said email, Plaintiffs' attorney acknowledged receipt of our Notices of Appearance, and attached a courtesy copy of the instant motion.

6. Attached hereto as **JLW Affidavit Exhibit A** is a true and correct copy of said October 15, 2021 email.

FURTHER AFFIANT SAYETH NAUGHT.

Dated at Waukesha, Wisconsin this 18th day of October, 2021.

E-signed by *Jennifer L. Williams*
Jennifer Williams

Subscribed and sworn to before me
this 18th day of October, 2021.

*Kathleen M. Mungovan*
Notary Public, State of Wisconsin
My commission expires September 23, 2025.

