**From:**     F M
**To:**     Joel S. Aziere; Jennifer L. Williams
**Subject:**     Waukesha Covid Case
**Date:**     Friday, October 15, 2021 8:42:30 AM
**Attachments:**     TRO with Dec.pdf

Greetings,

I noticed that you two filed into the case yesterday, and I'm looking forward to working with you.  This should be a fun one.  I'm sure you'll get the notification, but I just filed a motion for a TRO, which I've attached below.  The exhibits will all be in pacer.

Thanks,

Frederick B. Melms Esq.
WI Bar No 1093957
Fax:(715)449-4304
Tel: (715)892-3023
Fbmelmsesq@gmail.com