# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SHANNON JENSEN, *Next Friend of Minor BR*,<br><br>Plaintiff,<br><br>v.<br><br>WAUKESHA SCHOOL DISTRICT, WAUKESHA BOARD OF EDUCATION, JOSEPH COMO, JAMES SEBERT, BILL BAUMGART, GREG DEETS, PATRICK MCCAFFERY, COREY MONTHIO, KELLY PIACSEK, KARIN RAJNICEK, AMANDA RODDY, ANTHONY ZENODIA, and DOES 1–10,<br><br>Defendants. | Case No. 21-CV-1151-JPS<br><br>**JUDGMENT** |

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's motion to dismiss, ECF No. 27, be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED without prejudice** for lack of subject-matter jurisdiction.

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

|  | GINA M. COLLETTI |
|---|---|
|  | Clerk of Court |
| March 22, 2022 | s/ *Jodi L. Malek* |
| Date | By: Deputy Clerk |